726

Commonwealth *v*. Johnson, Appellant.

Argued March 19, 1973. *John J. Duffy*, for appellant; *F. Ned Hand*, Assistant District Attorney, with him *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Johnson, Appellant.

Submitted March 19, 1973. *Frank K. Williams*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Johnson, Appellant.

Argued March 28, 1973. *Brian E. Appel*, with him *Segal, Appel & Natali*, for appellant; *Melvin Dildine*, Assistant District Attorney, with him *James T.*

*Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Argued March 20, 1973. *Drew Salaman*, Assistant Defender, with him *Jonathan Miller*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Linda W. Conley*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted March 20, 1973. *Jay Meyers*, for appellant; *James J. Wilson*, *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.